IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-935 |
| ) | |
| $22,780.00 IN UNITED STATES CURRENCY; and ) | |
| $45,000.00 IN UNITED STATES CURRENCY; ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW, this 17th day of Jan, 2008, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that this civil forfeiture action is stayed until the conclusion of the related criminal investigation, including, without limitation: (1) the duties of Nazim Burton and Cheryl Burton to file verified statements (claims) and answers pursuant to 18 U.S.C. § 983(a)(4) and Rule C(6)(a) in the event they wish to contest this action; and (2) the duty of the United States to serve any other potential claimants. The United States may advertise this action in accordance with federal forfeiture law. The United States shall notify the United States District Court upon the conclusion of the related criminal investigation. The clerk shall mark this case administratively closed.

_[signature]_
United States District Judge